Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
August 14, 2007








 

Petition
for Writ of Mandamus Dismissed and
Memorandum Opinion filed August 14, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00651-CV

____________

 

IN RE RONALD WAYNE BUNTON, Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R A N D U M   O P I N I O N








Ronald Wayne Bunton, acting pro se, has filed an
application for writ of mandamus requesting this court to order Charles
Bacarisse, Harris County District Clerk, to undertake certain actions.  This court=s power to issue writs is defined in
section 22.221 of the Texas Government Code.  Section 22.221 grants the court
of appeals the authority to issue (1) writs of mandamus and other writs
necessary to enforce their jurisdiction; (2) writs of mandamus against a judge
of a district or county court in the court of appeals district; and (3) writs
of habeas corpus under specifically defined circumstances involving contempt
orders in civil cases.  Tex. Gov=t Code '22.221 (Vernon  1988).  We are not
authorized to issue writs of mandamus against clerks of court, and Bunton has
not claimed or shown that the relief requested is necessary to enforce the
jurisdiction of our court.  This proceeding is, therefore, dismissed for lack
of jurisdiction. 

 

PER CURIAM

 

 

Memorandum Opinion filed August 14, 2007.

Panel consists of Chief Justice Hedges and Justices
Hudson and Frost.

Do Not Publish B Tex. R. App. P. 47.2(b).